**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CV 98-210-PHX-SMM |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Timothy D. Robbins, | ) | |
| Defendant, | ) | |
| GC Servicescorp & GC Fin Corp, | ) | |
| Garnishee. | ) | |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, Garnishee filed an Answer on May 6, 2008, stating that at the time of the service of the Writ, it had in its possession non-exempt earnings belonging to and due Defendant and that Garnishee was indebted to Defendant.

On April 21, 2008, Defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property or to object to the answer.

**IT IS HEREBY ORDERED** that Garnishee pay the sum of 25% of Defendant's non-exempt earnings to Plaintiff and continue withholding Defendant's non-exempt earnings and paying them to Plaintiff until the debt to Plaintiff is paid in full or until Garnishee no longer has possession of any non-exempt earnings belonging to Defendant or until further Order of this court.  Checks should be made payable to Department of Justice and mailed to

1  U.S. Attorney's Office, Financial Litigation Unit, 405 West Congress, Suite 4900, Tucson,

2  Arizona 85701-5041.

3        DATED this 18th day of June, 2008.

4

5

6        _____
         Stephen M. McNamee
7        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27